I concur only in the result reached by the majority in Part I of its opinion.
In this case there were no exigent circumstances. The arrest of the appellant did violate Payton v. New York, 445 U.S. 573,100 S.Ct. 1371, 63 L.Ed.2d 639 (1980). However, the appellant's statement was admissible under New York v. Harris, 495 U.S. 14,21, 110 S.Ct. 1640, 1644-45, 109 L.Ed.2d 13 (1990) ("where the police have probable cause to arrest a suspect, the exclusionary rule does not bar the State's use of a statement made by the defendant outside of his home, even though the statement is taken after an arrest made in the home in violation of Payton"). *Page 999